UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| **Donald Nichelson**, <br><br> Plaintiff, <br><br> v. <br><br> **Lexington Regional Health Center**, and **Leslie Marsh**, <br><br> Defendants. | Cause No. 1:23-cv-834-RLY-TAB |

### DECLARATION OF DONALD NICHELSON

I, Donald Nichelson, being over 21 years of age and of sound mind and having been first duly sworn upon my oath, hereby state as follows based upon my own personal knowledge:

1. I worked for Lexington Regional Health Center ("LRHC") as a Network Administrator from June 6, 2014 through April 7, 2021.

2. When I began my employment with LRHC I resided in Nebraska.

3. I moved to Evansville, Indiana on August 22, 2019. I continued to work for LRHC remotely from Evansville until my employment was terminated.

4. I informed LRHC of this move in advance and obtained its consent to work remotely for an indefinite period.

5. While I worked for LRHC in Indiana, I received physical mail from LRHC, including work-related equipment and documents relating to my taxes and employment benefits.

1

EXHIBIT 1

6. In fall 2020, Leslie Marsh told LRHC's IT Department that her iCloud account was compromised.

7. It is my understanding that Ms. Marsh subsequently contacted law enforcement agencies – including the Federal Bureau of Investigation – accusing me of putting keyloggers on servers. This understanding is based on information I was given by the FBI.

8. Following my termination, I had a promising in-person interview with Amy English and Sean Murray for a job with George Koch Sons, LLC on June 16, 2021.

9. George Koch Sons is in Vanderburgh County, Indiana.

10. During my interview, we discussed an annual salary of $85,000. This is approximately equal to my final salary at LRHC. My current annual salary is approximately $55,000.

11. Soon after the interview, however, the tenor of George Koch Sons's communications became chilled and I did not receive a job offer.

12. I believe LRHC or Ms. Marsh accused me of misconduct in response to an employment verification inquiry.

13. Such a response by Ms. Marsh is consistent with the accusations she has made to other LRHC employees.

14. Because I have listened to an audio-recording of Ms. Marsh making such accusations to one of LRHC's medical providers, I know that she has not exercised discretion in spreading them.

15. On December 21, 2021, Special Agents Ashley Paz and Brooks came to my worksite with Pinnacle Computer Services in Vanderburgh County, Indiana.

16. Special Agents Paz and Brooks interviewed me at work, during business hours, about Ms. Marsh's allegations, for approximately two hours.

17. Special Agent Paz told me that she works out of the FBI's Indianapolis field office.

18. Special Agent Brooks told me he works out of the FBI's Evansville field office.

19. On October 22, 2022, I received an email from Apple informing me that the FBI subpoenaed information relating to my account.

20. In February 2023, I was contacted by Special Agent Matt Saad of the FBI's Cybersecurity Division about Ms. Marsh's allegations against me.

21. Based on my conversations with Special Agents Paz, Brooks, and Saad, it is my understanding that I am the only LRHC employee Ms. Marsh accused of hacking her or LRHC.

22. The FBI has never informed me of the results of its investigation, but I believe it is ongoing.

23. This belief is based on my February 2023 conversation with Special Agent Saad.

24. Participating in this lawsuit in a federal court based in Indiana does not pose a hardship for me.

25. Because of the costs of travel and lodgings, participating in a lawsuit in a Nebraska-based court would pose a financial hardship. I do not believe my current employer would permit me sufficient time off to participate in a lawsuit in Nebraska.

I hereby affirm under the penalties for perjury that the foregoing statements are true and correct.

Aug 3, 2023
Date

_____
Donald Nichelson (Aug 3, 2023 17:45 CDT)
Donald Nichelson

4

EXHIBIT 1

# 20230803 - Decl of Nichelson

Final Audit Report 2023-08-03

| | |
|---|---|
| Created: | 2023-08-03 |
| By: | Ben Ellis (bellis@hkm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAc26HXdqNGjfCvdDXg0GTtpvNa0fYWFmc |

## "20230803 - Decl of Nichelson" History

- Document created by Ben Ellis (bellis@hkm.com)
  2023-08-03 - 10:41:20 PM GMT- IP address: 108.94.43.167

- Document emailed to nichelsond@gmail.com for signature
  2023-08-03 - 10:41:37 PM GMT

- Email viewed by nichelsond@gmail.com
  2023-08-03 - 10:44:52 PM GMT- IP address: 174.202.99.234

- Signer nichelsond@gmail.com entered name at signing as Donald Nichelson
  2023-08-03 - 10:45:34 PM GMT- IP address: 174.202.99.234

- Document e-signed by Donald Nichelson (nichelsond@gmail.com)
  Signature Date: 2023-08-03 - 10:45:36 PM GMT - Time Source: server- IP address: 174.202.99.234

- Agreement completed.
  2023-08-03 - 10:45:36 PM GMT

Adobe Acrobat Sign

EXHIBIT 1