**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | | |
|---|---|---|
| DONALD NICHELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:23-cv-00834-RLY-TAB |
| vs. | ) | |
| | ) | |
| LEXINGTON REGIONAL HEALTH | ) | |
| CENTER, and | ) | |
| LESLIE MARSH, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR SECOND**
**EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**


This matter came before the Court on Defendants' Unopposed Motion for Second

Extension of Time to File Reply in Support of Motion to Dismiss (the "Motion"). The

Court, being duly advised, now GRANTS the Motion.

IT IS THEREFORE ORDERED that Defendants shall have to and including August

30, 2023, to file their Reply in Support of Motion to Dismiss.

SO ORDERED.


Dated:_____          _____


Distribution to all counsel of record via IEFS.